PER CURIAM.

(No. 74-CC-885—

PAMELA K. CONDRE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 10, 1974.*

PAMELA K. CONDRE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM. 